PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Chanita Whitlow</u>  Case Number: <u>3:09-00240-24</u>

Name of Judicial Officer: <u>Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>November 30, 2012</u>

Original Offense: <u>18 U.S.C. § 1512(k) Conspiracy to Tamper with a Witness, Victim, or Informant</u>

Original Sentence: <u>21 months' custody and two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>October 22, 2013</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>  Defense Attorney: <u>John P. Cauley</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 23rd day of December 2013, and made a part of the records in the above case.

_____
John T. Nixon
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place  Nashville

Date  December 20, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

**1.**   **The defendant shall refrain from any unlawful use of a controlled substance.**
Since beginning supervision, Ms. Whitlow has tested positive for marijuana two times, on October 23, 2013, and December 3, 2013. Each urine sample was confirmed positive by the testing laboratory.

When questioned by the probation officer on October 23, 2013, Ms. Whitlow admitted to smoking a marijuana joint on October 21, 2013, one day prior to being released from custody on October 22, 2013. Ms. Whitlow reported she was on an approved home pass from the halfway house and smoked the marijuana joint with a friend, while in her apartment complex's parking lot.

Ms. Whitlow was given a random drug test on November 19, 2013, and her urine tested negative for illegal substances.

When questioned by the probation officer on December 3, 2013, Ms. Whitlow admitted to taking six hits off one "blunt" on Thanksgiving Day, while visiting with relatives at her aunt's residence. She reported she made a "stupid mistake" and it will not happen again.

### Compliance with Supervision Conditions and Prior Interventions:
Chanita Whitlow is employed and lives with her mother in Goodlettsville, Tennessee. Ms. Whitlow began her term of supervised release on October 22, 2013, and her supervision is due to terminate October 21, 2015.

Following both her positive drug tests for marijuana, Ms. Whitlow was given verbal reprimands and re-instructed to not use any illegal substances. She has participated in a substance abuse assessment at Centerstone Mental Health in Madison, Tennessee, and is currently participating in individual weekly therapy. Additionally, a psychiatric evaluation has also been recommended by Ms. Whitlow's therapist to address mental health concerns. Her psychiatric evaluation is scheduled for January 6, 2014.

### U.S. Probation Officer Recommendation:
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Ms. Whitlow remain on supervised release, continue to participate in substance abuse treatment, participate in a psychiatric evaluation, and not incur any future violations. Assistant U.S. Attorney Sunny A.M. Koshy has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer